Case: 1:08-cv-02154-CAB Doc #: 45 Filed: 11/06/09 1 of 1. PageID #: 912

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| DAVID BENTKOWSKI | CASE NO. 1:08CV2154 |
| Plaintiff(s), | |
| v. | |
| SCENE MAGAZINE, et al., | |
| Defendant(s). | **JUDGMENT** |

The Court has filed its Opinion and Order in the above-captioned matter.

Accordingly, this action is terminated pursuant to Federal Rule of Civil Procedure 58.

IT IS SO ORDERED.

S/Christopher A. Boyko
HONORABLE CHRISTOPHER A. BOYKO
UNITED STATES DISTRICT JUDGE

November 6, 2009



EXHIBIT A